FILED
08 AUG 13 PM 4:04
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2715 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| VERNANCIO ROJAS-PEDROZA (1), MANUEL CARRANZA-SOTO (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Alcaraz-Duarte, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

SLF:fer:San Diego
8/11/08

## Count 2

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Alcaraz-Duarte, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

## Count 3

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, German Reyes-Calderon, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

<u>Count 4</u>

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, German Reyes-Calderon, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: August 13, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
SABRINA L. FEVE
Assistant U.S. Attorney

3