UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08cr2715-DMS |
| Plaintiff | ) | CRIMINAL NO. 08mj2375 |
|  | ) | ORDER |
| vs. | ) |  |
|  | ) | RELEASING MATERIAL WITNESS |
| Rojas-Pedroza, et al | ) |  |
|  | ) | Booking No. |
| Defendant(s) | ) |  |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

German Reyes-Calderon

DATED: AUG 19 2008

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  / J. PARIS
     Deputy Clerk

RECEIVED _____
              DUSM

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082