FILED

08 AUG 27 PM 3:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>        Plaintiff,  <br>    v.  <br> VERNANCIO ROJAS-PEDROZA (1),  <br> MANUEL CARRANZA-SOTO (2),  <br>        Defendants. | Criminal Case No. 08CR2715-DMS  <br> I N D I C T M E N T  <br> **(Superseding)**  <br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) - Bringing in Illegal Aliens; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Alcaraz-Duarte, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JJO:em:San Diego
8/27/08

Count 2

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, did bring or attempt to bring to the United States an alien, namely, Victor Alcaraz-Duarte, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i), and Title 18, United States Code, Section 2.

Count 3

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Alcaraz-Duarte, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 4

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, German Reyes-Calderon, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial

advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 5

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, did bring or attempt to bring to the United States an alien, namely, German Reyes-Calderon, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i), and Title 18, United States Code, Section 2.

### Count 6

On or about July 30, 2008, within the Southern District of California, defendants VERNANCIO ROJAS-PEDROZA and MANUEL CARRANZA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, German Reyes-Calderon, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: August 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney